IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK MURRAY, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RALPH HOOKS, Warden; DON SIEGELMAN, )<br>Governor of the State of Alabama; and THE )<br>ATTORNEY GENERAL OF THE STATE OF )<br>ALABAMA, )<br>)<br>Defendants. ) | Civil Action Number<br>02-C-0210-S |

**ENTERED** APR - 1 2004

## MEMORANDUM OF OPINION

The Court has considered the entire file in this action, including without limitation the Magistrate Judge's Report and Recommendation ("R&R"), and the objections of the Petitioner. The Court has reached an independent conclusion that the R&R is due to be approved and adopted.

The Court hereby ADOPTS and APPROVES the R&R of the Magistrate Judge as the Findings and Conclusions of the Court.

Accordingly, the Petition for a Writ of Habeas Corpus is due to be dismissed.

An appropriate order will be entered.

Done this 27th day of March, 2004.

Chief United States District Judge
U.W. Clemon